| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hall, Sarah A. | Bankruptcy Court - Western District of OK | 07/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Court Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
215 Dean A. McGee, 9th Floor
Oklahoma City, OK 73102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (See Part VII, lines 19-141) |
| 2. | Director` | Oklahoma Bar Association Bankruptcy Reorganization Committee |
| 3. | Director | Federal Bar Association - Oklahoma City Chapter |
| 4. | Director | The Historical Society for the United States District Court for the Western District of Oklahoma |
| 5. | Member | Board of Visitors, University of Oklahoma Honors College |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | spouse (self-employed lawyer) professional corporation - salary and member distribution - K-1 |
| 2. | 2017 | National Cooperative Refinery Association - royalty |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Bank Deposit Program | | None | J | T | | | | | |
| 2. LL&E Royalty Trust | | None | J | T | | | | | |
| 3. Oklahoma Dream 529 Plan - Child #2 | | | | | | | | | |
| 4. - Pimco Total Return C | | None | | | Distributed (part) | 04/19/17 | J | | |
| 5. | | | | | Distributed | 11/27/17 | J | | |
| 6. - Pimco Real Return C | | None | | | Distributed (part) | 04/19/17 | J | | |
| 7. | | | | | Distributed | 11/27/17 | J | | |
| 8. - TIAA-CREF Scap Bld Index C | | None | | | Distributed (part) | 04/19/17 | J | | |
| 9. | | | | | Distributed | 11/27/17 | J | | |
| 10. Massachusetts Mutual Limited Pay Whole Life Policy | A | Dividend | K | T | | | | | |
| 11. Massachusetts Mutual Variable Life Select Policy | | | | | | | | | |
| 12. - The Oppenheimer Capital Appreciation Fund | | None | J | T | | | | | |
| 13. - The Oppenheimer Small & Mid Cap Growth Fund | | None | J | T | | | | | |
| 14. Massachusetts Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 15. Massachusetts Mutual Ltd Pay Whole Life @ 65 Policy | A | Dividend | J | T | | | | | |
| 16. Massachusetts Mutual Ltd Pay Whole Life Policy | A | Dividend | K | T | | | | | |
| 17. Massachusetts Mutual Whole Life Policy | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Massachusetts Mutual Ltd Pay Whole Life @65 Policy | A | Dividend | J | T | | | | | |
| 19. TRUST #1 | | | | | | | | | |
| 20. - MidFirst Bank Account | A | Interest | J | T | | | | | |
| 21. - Cash now Morgan Stanley Private Bank | A | Interest | J | T | | | | | |
| 22. - Abbvie Inc. Com | A | Dividend | | | Sold | 09/08/17 | J | B | |
| 23. - AT&T | A | Dividend | J | T | | | | | |
| 24. - Chevron Corp. | A | Dividend | J | T | | | | | |
| 25. - Coca Cola Co. | A | Dividend | | | Sold | 10/20/17 | J | A | |
| 26. - Community Trust Bancorp Inc. | A | Dividend | J | T | | | | | |
| 27. - Duke Energy Corp. New | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 28. - Eaton Vance CP | A | Dividend | | | Sold | 07/18/17 | J | C | |
| 29. - Emerson Electronic Co. | A | Dividend | J | T | | | | | |
| 30. - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 31. - HCP Incoporated | A | Dividend | | | Buy | 02/08/17 | J | | |
| 32. | | | | | Sold | 12/14/17 | J | | |
| 33. - Johnson & Johnson | A | Dividend | | | Sold | 03/22/17 | J | A | |
| 34. - Northwest Natural Gas Co. | A | Dividend | | | Sold | 01/27/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Nucor Corporation | A | Dividend | J | T | | | | | |
| 36. - Old Republic Intl Cp | A | Dividend | | | Sold | 06/07/17 | J | A | |
| 37. - Proctor & Gamble | A | Dividend | J | T | | | | | |
| 38. - Realty Income Corp. | A | Dividend | J | T | | | | | |
| 39. - Sonoco Products Co. | A | Dividend | J | T | | | | | |
| 40. - Univ. Hlth Rlty Inc. TR SBI | A | Dividend | | | Sold | 06/28/17 | J | B | |
| 41. - Universal CP VA | A | Dividend | | | Sold | 02/08/17 | J | B | |
| 42. - WalMart Stores, Inc. | A | Dividend | | | Sold | 05/05/17 | J | A | |
| 43. - Allianz NGJ Divid Int | A | Dividend | J | T | | | | | |
| 44. - DNP Select Income Inc. | A | Dividend | J | T | | | | | |
| 45. - Eaton Vance Risk Mngd | A | Dividend | J | T | | | | | |
| 46. - Eaton Vance Tax Mgd Div Equ Fd | A | Dividend | J | T | | | | | |
| 47. - Nuveen Build America Bonds FD | A | Dividend | J | T | | | | | |
| 48. - PIMCO Corporate & Income Oppor. | A | Dividend | J | T | | | | | |
| 49. - Franklin Income Adv. | A | Dividend | J | T | | | | | |
| 50. - Lord Abbet Inflation Focused F | A | Dividend | | | Sold | 10/26/17 | K | | |
| 51. - Lord Abbett Sht Duration Inc. F | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - TRowe Price Group Inc. | A | Dividend | | | Buy | 02/08/17 | J | | |
| 53. | | | | | Sold | 04/25/17 | J | A | |
| 54. - Target Corp. | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 55. - Qualcomm Inc. | A | Dividend | | | Buy | 04/25/17 | J | | |
| 56. | | | | | Sold | 11/15/17 | J | B | |
| 57. - Altria Group Inc. | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 58. - International Business Machines Corp. | A | Dividend | J | T | Buy | 06/07/17 | J | | |
| 59. - National Retail Properties I | A | Dividend | J | T | Buy | 06/28/17 | J | | |
| 60. - Verizon Communications | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 61. - Genuine Parts Co. | | None | J | T | Buy | 09/08/17 | J | | |
| 62. - Foot Locker Inc. | | None | J | T | Buy | 10/20/17 | J | | |
| 63. - Alliance Berstein Income Adv. | A | Dividend | K | T | Buy | 10/26/17 | K | | |
| 64. - Cardinal Health Inc. | | None | J | T | Buy | 11/15/17 | J | | |
| 65. - Omega Healthcare Inv. Inc. | | None | J | T | Buy | 12/14/17 | J | | |
| 66. IRA #2 | | | | | | | | | |
| 67. - Morgan Stanley Private Bank | A | Dividend | J | T | | | | | |
| 68. - DNP Select Income Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Abbvie Inc. Com | A | Dividend | | | Sold | 09/08/17 | J | D | |
| 70.  - AT&T, Inc. | A | Dividend | J | T | | | | | |
| 71.  - Chevron Corp. | A | Dividend | J | T | | | | | |
| 72.  - Coca Cola Co. | A | Dividend | | | Buy | 02/07/17 | J | | |
| 73. | | | | | Sold | 10/20/17 | J | B | |
| 74.  - Community Trust Bancorp Inc. | A | Dividend | J | T | | | | | |
| 75.  - Duke Energy Corp. New | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 76. | | | | | Buy | 02/07/17 | J | | |
| 77.  - Eaton Vance CP | A | Dividend | | | Sold | 07/18/17 | J | C | |
| 78.  - Emerson Electric Co. | A | Dividend | J | T | | | | | |
| 79.  - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 80.  - HCP Inc. | A | Dividend | | | Buy | 02/08/17 | J | | |
| 81. | | | | | Sold | 12/14/17 | J | | |
| 82.  - Johnson & Johnson | A | Dividend | | | Buy | 02/07/17 | J | | |
| 83. | | | | | Sold | 03/22/17 | J | B | |
| 84.  - Northwest Natural Gas Co. | A | Dividend | | | Sold | 01/27/17 | J | A | |
| 85. | | | | | Buy | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 02/07/17 | J | A | |
| 87.   - Nucor Corporation | A | Dividend | J | T | | | | | |
| 88.   - Old Republic Intl. Cn | A | Dividend | | | Sold | 06/07/17 | J | B | |
| 89.   - Proctor & Gamble | A | Dividend | J | T | | | | | |
| 90.   - Realty Income Corp. | A | Dividend | J | T | | | | | |
| 91.   - Sonoco Products Co. | A | Dividend | J | T | | | | | |
| 92.   - Univ. Hlth Rlty Inc TR SBI | A | Dividend | | | Sold | 06/28/17 | J | C | |
| 93.   - Universal CP VA | A | Dividend | | | Sold | 02/08/17 | J | C | |
| 94.   - WalMart Stores Inc. | A | Dividend | | | Sold | 05/05/17 | J | A | |
| 95.   - Allianz NFJ Divid Int | A | Dividend | J | T | | | | | |
| 96.   - DNP Select Income Inc. | A | Dividend | J | T | | | | | |
| 97.   - Eaton Vance Risk Mngd | A | Dividend | J | T | | | | | |
| 98.   - Eaton Vance Tax Mgd Div Equ FD | A | Dividend | J | T | | | | | |
| 99.   - Nuveen Build America Bonds Fd | A | Dividend | J | T | | | | | |
| 100.  - PIMCO Corporate & Incom Oppor. | A | Dividend | J | T | | | | | |
| 101.  - Franklin Income Adv | A | Dividend | K | T | | | | | |
| 102.  - Lord Abbett Inflation Focused F | A | Dividend | | | Sold | 10/26/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Lord Abbett Sht Duration Inc F | B | Dividend | L | T | Buy | 02/02/17 | J | | |
| 104. - T Rowe Price Group Inc. | A | Dividend | | | Buy | 02/08/17 | J | | |
| 105. | | | | | Sold | 04/25/17 | J | A | |
| 106. - Target Corp. | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 107. - Qualcomm Inc. | A | Dividend | | | Buy | 04/25/17 | J | | |
| 108. | | | | | Sold | 11/15/17 | J | B | |
| 109. - Altria Group Inc. | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 110. - International Business Machines Corp. | A | Dividend | J | T | Buy | 06/07/17 | J | | |
| 111. - National Retail Properties I | A | Dividend | J | T | Buy | 06/28/17 | J | | |
| 112. - Verizon Communications | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 113. - Genuine Parts Co. | | None | J | T | Buy | 09/08/17 | J | | |
| 114. - Foot Locker Inc. | | None | J | T | Buy | 10/20/17 | J | | |
| 115. - Alliance Berstein Income Adv. | A | Dividend | K | T | Buy | 10/26/17 | K | | |
| 116. - Cardinal Health Inc. | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 117. - Omega Healthcare Inv. Inc. | A | Dividend | J | T | Buy | 12/14/17 | J | | |
| 118. TRUST #2 (sep ira #2) | | | | | | | | | |
| 119. - MidFirst Bank | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Morgan Stanley Privagte Bank | A | Interest | J | T | | | | | |
| 121.  - Abbvie Inc. | A | Dividend | | | Buy | 03/22/17 | J | | |
| 122. | | | | | Sold | 09/08/17 | K | E | |
| 123.  - AT&T Inc. | B | Dividend | K | T | Buy | 03/22/17 | J | | |
| 124.  - Chevron Corp. | A | Dividend | K | T | Buy | 03/22/17 | J | | |
| 125.  - Coca Cola Co. | A | Dividend | | | Buy | 02/07/17 | J | | |
| 126. | | | | | Sold | 10/20/17 | K | C | |
| 127.  - Community Trust Bancorp Inc. | A | Dividend | K | T | | | | | |
| 128.  - Duke Energy Corp. New | B | Dividend | K | T | Buy | 01/27/17 | K | | |
| 129. | | | | | Buy | 02/07/17 | J | | |
| 130.  - Eaton Vance CP | A | Dividend | | | Sold | 07/18/17 | K | D | |
| 131.  - Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 132.  - Exxon Mobil Corp. | A | Dividend | K | T | Buy | 02/08/17 | J | | |
| 133. | A | | | | Buy | 03/22/17 | J | | |
| 134.  - HCP Incorporated | B | Dividend | | | Buy | 02/08/17 | J | | |
| 135. | | | | | Buy | 03/22/17 | J | | |
| 136. | | | | | Sold | 12/14/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 07/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Johnson & Johnson | A | Dividend | | | Buy | 02/07/17 | J | | |
| 138. | | | | | Sold | 03/22/17 | K | B | |
| 139. - Northwest Natural Gas Co. | A | Dividend | | | Sold | 01/27/17 | K | B | |
| 140. | | | | | Buy | 02/02/17 | J | | |
| 141. | | | | | Sold | 02/07/17 | J | A | |
| 142. - Nucor Corp. | A | Dividend | K | T | | | | | |
| 143. - Old Republic Intl Cp | A | Dividend | | | Buy | 03/22/17 | J | | |
| 144. | | | | | Sold | 06/07/17 | K | C | |
| 145. - Proctor & Gamble | A | Dividend | K | T | Buy | 03/22/17 | J | | |
| 146. - Realty Income Corp. | A | Dividend | K | T | Buy | 03/22/17 | J | | |
| 147. - Sonoco Products Co. | A | Dividend | K | T | Buy | 03/22/17 | J | | |
| 148. - Univ. Hlth Rlty Inc TR SBI | B | Dividend | | | Buy | 03/22/17 | J | | |
| 149. | | | | | Sold | 06/28/17 | K | D | |
| 150. - Universal CP VA | A | Dividend | | | Sold | 02/08/17 | K | D | |
| 151. - WalMart Stores, Inc. | A | Dividend | | | Buy | 03/22/17 | J | | |
| 152. | | | | | Sold | 05/05/17 | K | B | |
| 153. - Allianz NFJ Divid Int | B | Dividend | K | T | Buy | 03/22/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - DNP Select Income Inc. | B | Dividend | K | T | | | | | |
| 155. - Eaton Vance Risk Mngd | B | Dividend | K | T | Buy | 03/22/17 | J | | |
| 156. - Eaton Vance Tax Mgd Div Equ Fd | B | Dividend | K | T | Buy | 03/22/17 | J | | |
| 157. - Nuveen Build America Bonds FD | B | Dividend | K | T | Buy | 03/22/17 | J | | |
| 158. - PIMCO Corporate & Income Oppor. | B | Dividend | K | T | | | | | |
| 159. - Franklin Income Adv | B | Dividend | K | T | Buy | 03/22/17 | J | | |
| 160. - Lord Abbett Inflation Focused F | C | Dividend | | | Sold | 10/26/17 | L | | |
| 161. - Lord Abbett Sht Duration Inc. F | D | Dividend | M | T | Buy | 02/02/17 | J | | |
| 162. - T Rowe Price Group Inc. | A | Dividend | | | Buy | 02/08/17 | K | | |
| 163. | | | | | Sold | 04/25/17 | K | A | |
| 164. - Target Corp. | A | Dividend | K | T | Buy | 03/22/17 | K | | |
| 165. - Qualcomm Inc. | A | Dividend | | | Buy | 04/25/17 | K | | |
| 166. | | | | | Sold | 11/15/17 | K | D | |
| 167. - Altria Group Inc. | A | Dividend | K | T | Buy | 05/05/17 | K | | |
| 168. - International Business Machines Corp. | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 169. - National Retail | A | Dividend | K | T | Buy | 06/28/17 | K | | |
| 170. - Verizon Communications | A | Dividend | K | T | Buy | 07/18/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - Genuine Parts Co. | | None | K | T | Buy | 09/08/17 | K | | |
| 172. - Foot Locker Inc. | | None | K | T | Buy | 10/20/17 | K | | |
| 173. - Alliance Berstein Income Adv. | B | Dividend | L | T | Buy | 10/26/17 | L | | |
| 174. - Cardinal Health Inc. | | None | K | T | Buy | 11/15/17 | K | | |
| 175. - Omega Healthcare Inv. Inc. | | None | K | T | Buy | 12/14/17 | K | | |
| 176. - Overiding royalty interest Scott, KS | A | Royalty | J | T | | | | | |
| 177. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 178. - Extended Insurance Sweep Account | A | Interest | J | T | | | | | |
| 179. - PMX Communities Inc. | | None | J | T | | | | | |
| 180. - Vanguard Natural Resources LLC | | None | | | Expired | 08/31/17 | J | | |
| 181. Midfirst Bank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 07/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah A. Hall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544